UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CR-458-RSWL |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Charles R. Taradash | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will refrain from criminal conduct

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions. No bail resources.

IT IS ORDERED that defendant be detained.

DATED: 3/18/11

*S H Segal*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2